**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-2369**
_____

STEPHEN G. STERNER,

Plaintiff - Appellant,

v.

WOODFOREST NATIONAL BANK; BRYAN ABRAHAM, Woodforest National
Bank Representative; LISA COTTON, Woodforest National Bank
Ex. Vice President,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville.  Martin K. Reidinger,
District Judge.  (1:13-cv-00229-MR-DLH)

_____

Submitted:  February 20, 2014      Decided:  February 25, 2014

_____

Before DUNCAN, DIAZ, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Stephen G. Sterner, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephen G. Sterner appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint against Defendants after a 28 U.S.C. § 1915 (2012) review. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. Sterner v. Woodforest Nat'l Bank, No. 1:13-cv-00229-MR-DLH (W.D.N.C. Oct. 22, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED